IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 3, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 07-240 |
| | : |
| | : Grand Jury Original |
| | : |
| v. | : VIOLATIONS: |
| | : |
| | : Wire Fraud |
| DANIEL T. JOHNSON, | : (18 U.S.C. § 1343) |
| | : Mail Fraud |
| | : (18 U.S.C. § 1341) |
| | : Theft From Program Receiving |
| | : Federal Funds |
| | : (18 U.S.C. § 666) |
| | : Causing an Act to be Done |
| | : (18 U.S.C. § 2) |
| Defendant. | : |



INDICTMENT

The Grand Jury Charges that:

FILED IN OPEN COURT

SEP 19 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

### COUNTS ONE THROUGH FOUR
(Wire Fraud)

INTRODUCTORY ALLEGATIONS

At times material herein:

1. The United States Agency for International Development (USAID) is an agency of the United States that extends assistance to countries recovering from disaster, trying to escape poverty, and engaging in democratic reforms. Starting In 2001, USAID awarded multi-million

dollar cooperative agreements ("USAID cooperative agreements") to the Consortium for Elections and Political Process Strengthening ("CEPPS"), a consortium of the International Foundation for Election Systems ("IFES"), the National Democratic Institute ("NDI") and the International Republican Institute ("IRI"). The overall goal of the USAID cooperative agreements was to utilize the services of IFES, NDI and IRI to support key institutions and processes in order to accomplish various goals including a successful Liberian national election in 2005 and to help ensure a successful transition from a conflict society to a newly elected government based on democratic principles of participation, representation and accountability.

2. Pursuant to the USAID cooperative agreements, USAID granted a letter of credit to CEPPS that was accessed by IRI to carry out its responsibilities under the USAID cooperative agreements within Liberia. Also, in connection with the USAID cooperative agreements, IRI submitted to USAID periodic financial reports summarizing project expenses in Liberia.

3. The IRI is headquartered at 1225 Eye Street, N.W., Washington, D.C. 20005. Within Liberia, IRI maintained an office in the city of Monrovia.

4. Defendant DANIEL T. JOHNSON ("hereinafter sometimes referred to as "JOHNSON") was a Liberian National, who resided in Monrovia and was employed as Project Accountant for IRI in the Monrovia office. As Project Accountant, JOHNSON was responsible for the following accounting functions, among others:

    a. Design, organize and maintain financial tracking systems using Microsoft Excel spreadsheets and Quicken accounting software;

    b. Maintain and log all project expenditures including petty cash accounts;

c.  Maintain and manage a paper and electronic record of all project related expenses and receipts; and

d.  Prepare monthly financial report packages for submission to IRI/Washington, including bank reconciliations, projections of accrued expenditures and requests for the replenishment of funds.

### SCHEME AND ARTIFICE TO DEFRAUD

5.  From in or about August, 2004 through on or about July 19, 2006, in Monrovia, Liberia, the District of Columbia and elsewhere, defendant DANIEL T. JOHNSON did devise, participate in and execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

### PURPOSE OF THE SCHEME AND ARTIFICE

6.  A purpose of the scheme and artifice was for defendant DANIEL T. JOHNSON to fraudulently obtain moneys, funds and property from IRI for his own use and benefit and to further the scheme by various means, including omissions of material fact, false material pretenses, representations and promises.

### MANNER AND MEANS

7.  It was part of the scheme and artifice that defendant DANIEL T. JOHNSON fraudulently obtained funds and property from IRI by cashing IRI checks made payable to cash at the International Bank of Liberia and thereafter using proceeds from said checks for his personal benefit, including making large dollar cash deposits to his personal account at the International Bank of Liberia.

8. It was further part of the scheme and artifice that defendant DANIEL T. JOHNSON submitted to IRI officials in Washington, D.C., falsified IRI Quicken accounting files, including Itemized Category Reports, Expense Reports and Register Reports that fraudulently understated the number and total dollar amount of negotiated IRI checks made payable to cash.

9. It was further part of the scheme and artifice that in order to conceal his fraudulent diversion of IRI funds, defendant DANIEL T. JOHNSON submitted to IRI officials in Washington, D.C., Local Staff Payroll Reports that falsely overstated payroll expenses of IRI Monrovia staff in Monrovia.

10. It was further part of the scheme and artifice that in order to conceal his fraudulent diversion of IRI funds, in or about August of 2005, defendant DANIEL T. JOHNSON made false entries concerning IRI check numbers 95, 105 and 110 in electronically submitted IRI Quicken accounting files for the entire time period of May of 2004 through August of 2005.

11. It was further part of the scheme and artifice that defendant DANIEL T. JOHNSON caused the aforementioned materially false and fraudulent IRI Itemized Category Reports, Expense Reports, Register Reports and Local Payroll Reports to be sent via DHL, a commercial interstate carrier from Monrovia, Liberia to IRI's headquarters in the District of Columbia.

12. It was further part of the scheme and artifice that defendant DANIEL T. JOHNSON caused the aforementioned materially false and fraudulent IRI Quicken accounting files, including Itemized Category Reports, Expense Reports and Register Reports to be transmitted electronically in interstate and foreign commerce from Monrovia, Liberia to IRI's headquarters in the District of Columbia.

13. As a direct result of defendant DANIEL T. JOHNSON's scheme and artifice, IRI sustained a loss of approximately $240,000.

14. On or about the dates listed for each count below, in the District of Columbia and elsewhere, for the purpose of executing the aforementioned scheme and artifice and attempting to do so, defendant DANIEL T. JOHNSON did knowingly cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, and sounds specified below:

| Count | Approx. Date | Origin | Destination | Description |
|---|---|---|---|---|
| 1 | 09/05/05 | Daniel Johnson IRI, Monrovia, Liberia | CV at IRI, Washington, D.C. | Electronic mail message with attached files-subject: Resending August Quicken File |
| 2 | 11/26/05 | Daniel Johnson IRI, Monrovia, Liberia | CV at IRI, Washington, D.C. | Electronic mail message with attached files -subject: November_Quicken_05 File |
| 3 | 05/03/06 | Daniel Johnson IRI, Monrovia, Liberia | SA at IRI, Washington, D.C. | Electronic mail message with attached files -subject: April_06_Quicken_File |
| 4 | 05/29/06 | Daniel Johnson IRI, Monrovia, Liberia | SA at IRI, Washington, D.C. | Electronic mail message with attached files-subject: May_Quicken_File_06 |

(Wire Fraud and Causing an Act to be Done, in violation of
Title 18, United States Code, Sections 1343 and 2.)

## COUNTS FIVE AND SIX
(Mail Fraud)

15.     The Grand Jury realleges all the allegations contained in paragraphs 1 through 13 of this Indictment as if set forth in full herein.

16.     On or about the dates listed for each count below, in the District of Columbia and elsewhere, defendant DANIEL T. JOHNSON, for the purpose of executing the above-described scheme and artifice and attempting to do so, knowingly caused to be delivered by DHL, a commercial interstate carrier, according to the directions thereon, the matters and things listed below:

| Count | Approx. Date | Item | Mailed From | Mailed To |
|---|---|---|---|---|
| 5 | 10/25/05 | Package containing Petty Cash Advance Form, Payment Request Form, Imprest Account Summary, Expense Report, and Local Staff Payroll Report | IRI/Liberia 2nd Floor, Powertech Building, Randall Street, Monrovia, Liberia | IRI/W.A. 1225 Eye Street, N.W., Washington, D.C. 20005 |
| 6 | 11/26/05 | Package containing Petty Cash Advance Form, Payment Request Form, Imprest Account Summary, and Expense Report | IRI/Liberia 2nd Floor, Powertech Building, Randall Street, Monrovia, Liberia | IRI/W.A. 1225 Eye Street, N.W., Washington, D.C. 20005 |

**(Mail Fraud and Causing an Act to be Done, in violation of
Title 18, United States Code, Sections 1341 and 2.)**

6

## COUNT 7
### (Theft From Program Receiving Federal Funds)

17. The Grand Jury realleges all the allegations contained in paragraphs 1 through 13 of this Indictment as if set forth in full herein.

18. IRI received over $500,000 in Federal funds from October 1, 2004 through September 30, 2005 and over $1 million in Federal funds from October 1, 2005 through September 30, 2006.

19. From in or about August, 2004 through on or about July 19, 2006, in the District of Columbia, Monrovia, Liberia and elsewhere, defendant DANIEL T. JOHNSON, then an agent and employee of IRI, embezzled, stole, obtained by fraud and without authority knowingly converted to the use of a person not the rightful owner, monies, worth $5,000 or more, that were owned by IRI, an organization that received over $10,000 from a Federal program in both the one-year period of October 1, 2004 through September 30, 2005 and the one-year period from October 1, 2005 through September 30, 2006.

**(Theft Concerning Program Receiving Federal Funds and Causing an Act to be Done, in violation of Title 18 United States Code, Sections 666 and 2).**

A TRUE BILL.

*Jeffrey A. Taylor/STV*
ATTORNEY FOR THE UNITED STATES
AND FOR THE DISTRICT OF COLUMBIA